1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

AUG 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:10 CR 347 LJO |
|---|---|---|
| Plaintiff, | ) | ORDER TO UNSEAL INDICTMENT |
| v. | ) | |
| MICHELE PRINCE, | ) | |
| Defendant. | ) | |

The indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the indictment be unsealed and made public record.

DATED: 8/18/10

SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

2