BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00347-LJO |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| MICHELLE LEE PRINCE, | ) | |
| | ) | |
| Defendant. | ) | |

On October 15, 2010, defendant Michelle Lee Prince entered a guilty plea to Count Five of the indictment which charges her with Wire Fraud in violation of 18 U.S.C. § 1343 and 2(a); and Count Seventeen of the indictment which charges her with Possession of a Document-Making Implement, in violation of Title 18 U.S.C. § 1028(a)(5) and 2(a).

As part of her plea agreement with the United States, defendant Michelle Lee Prince agreed to forfeit voluntarily and immediately $86,282.49, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. §§ 1343

and 1028(a)(5), to which she has pled guilty.  <u>See</u> Defendant Prince's Plea Agreement ¶ k.(1).

    Plaintiff hereby applies for entry of a money judgment as follows:

    1.  Pursuant to 18 U.S.C. § 982 and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Michelle Lee Prince in the amount of $86,282.00.

    2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Michelle Lee Prince's conviction for violating 18 U.S.C. § 1343 and 2(a)(Count Five) and 18 U.S.C. § 1028(a)(5) and 2(a)(Count Seventeen).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the United States Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure

///
///
///
///

custody and control.

DATED: 1/6/2011                    BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Mark J. McKeon
                                   MARK J. McKEON
                                   Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Michelle Lee Prince in the amount of $86,282.49.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: January 7, 2011            /s/ Lawrence J. O'Neill
                                  LAWRENCE J. O'NEILL
                                  UNITED STATES DISTRICT JUDGE